394

THE PEOPLE, Respondent, v. ROY BESOYAN et al.,
Appellants.

No appearance for Appellants.

Earl Warren, Attorney-General, and Burdette J. Daniels,
Deputy Attorney-General, for Respondent.

BARNARD, P. J.—The clerk's transcript on this appeal
was filed in this court on October 28, 1940. No reporter's
transcript or briefs have been filed and no appearance has
been made in this court for the defendants. The matter was
regularly placed on the calendar on June 10, 1941, at which
time the respondent moved to affirm the judgment under
section 1253 of the Penal Code. At that time the respondent
presented and filed proof that the court reporter had died,
with an affidavit to the effect that the reporter's shorthand
notes in connection with the trial of this action had never
been transcribed. There was also presented and filed the
affidavit of a deputy attorney-general identifying and setting
forth a copy of a letter he had received from the district
attorney of Kern County, in which letter it was stated that
on June 5, 1941, an attorney who represented the defendants
at the trial informed the district attorney that he had aban-

doned the appeal. The record before us is sufficient to justify the granting of the motion.

The judgment is affirmed.

Marks, J., and Griffin, J., concurred.